UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA LETICIA SOTO,<br><br>          Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | No. 2:18-cv-02286-KJN<br><br><br><br>ORDER |

       On August 22, 2018, plaintiff Hilda Leticia Soto filed this action for review of the final decision of the Commissioner of Social Security regarding her application for benefits.[1] (ECF No. 1.) Plaintiff has requested leave to proceed without the prepayment of fees and costs, also referred to as *in forma pauperis*, pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

       Under federal statute, a filing fee of $350 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees or security therefor" by a person who is unable to pay such fees or provide security therefor. 28 U.S.C. § 1915(a)(1).

---

[1] This case was referred to the undersigned pursuant to Local Rule 302(c)(15).

1

In her application to proceed in forma pauperis, plaintiff asserts that her husband's gross take-home pay is $1,000 a week, which equates to $52,000 a year. (ECF No 2. at 1.) Plaintiff claims that she has $1000 in a checking account, and lists monthly expenses of approximately $1,858 a month, which equates to $22,296 a year. (Id. at 2.) Therefore, plaintiff's monthly household gross income is approximately $2,475 in excess of expenses.[2]

According to the United States Department of Health and Human Services, the 2018 poverty guideline for a household of two, in the contiguous United States, is $16,460. See https://aspe.hhs.gov/poverty-guidelines (last visited August 23, 2018). Thus, plaintiff's gross household income of $52,000 is in excess of 300% of the 2018 poverty guidelines for a similarly situated individual.

Here, the court cannot find that plaintiff is unable to pay, or provide security for, the court filing fee of $400. To be sure, the court is sympathetic to the fact that plaintiff does not have a large income by any measure, and that plaintiff also has several expenses to contend with. However, numerous litigants in this court have significant monthly expenditures, and may have to make difficult choices as to which expenses to incur, which expenses to reduce or eliminate, and how to apportion their income between such expenses and litigating an action in federal court. Such difficulties in themselves do not amount to indigency.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended motion to proceed *in forma pauperis* (ECF No. 2) is denied.

2. Within 28 days of this order, plaintiffs shall pay the applicable filing fee. However, the court will entertain a request for a reasonable extension of time to pay the fee should such an extension be necessary.

////

////

////

////

---

[2] $52,000 annual income minus $22,296 annual expenses equals $29,704 in annual income above expenses. $29,704 divided by 12 months equals $2,475.33 in monthly income above expenses.

3. Failure to timely pay the filing fee, or timely request an extension of time to do so, may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: August 27, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14/soto.18.2286.IFP denial

3