McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HILDA LETICIA SOTO, | ) Civil No. 2:18-cv-02286-KJN |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| | ) **FOURTH EXTENSION OF TIME FOR** |
| v. | ) **DEFENDANT TO FILE HER MOTION** |
| | ) **FOR SUMMARY JUDGMENT** |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a fourth extension of time of 10 days to file her MSJ. The agency is still in the process of evaluating the undersigned's recommendation for voluntary remand, as the length of the certified administrative record (1,100+ pages) as well as the somewhat unusual medical issues involved (visual acuity) contributes to this delay.

The new due date for Defendant's Motion for Summary Judgment or any remand stipulation will be Monday, October 7, 2019.

Respectfully submitted,

Date: _September 26, 2019_   CERNEY KREUZE & LOTT, LLP

By: _/s/ Shellie Lott*_
SHELLIE LOTT
*By email authorization on September 26, 2019*
Attorney for Plaintiff

Date: _September 26, 2019_   McGREGOR W. SCOTT
United States Attorney

By: _/s/ Michael K. Marriott_
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: September 27, 2019

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

soto.2286